## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| MARGE ENGEL, individually and on behalf of all persons similarly situated<br>v.<br>BIJAN CORPORATION | FILED: MARCH 20, 2008<br>08CV1640    TC<br>JUDGE DARRAH<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, MARGE ENGEL

| NAME (Type or print) |
|---|
| Catherine P. Sons |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Catherine P. Sons |

| FIRM |
|---|
| Converse & Brown, LLC |

| STREET ADDRESS |
|---|
| 105 West Adams Street, Suite 3000 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290805 | (312) 789-9700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐