**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Marge Engel, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 CV 1640 |
| Bijan Corporation, | ) ) ) | |
| Defendant. | ) | |

## DEFENDANTS MOTION FOR EXTENSION OF TIME TO RESPOND

Defendant, Bijan Corporation ("Bijan"), by its attorneys, Bert Zaczek and Amy Pikarsky, states for its Motion for Extension of Time to Respond to Complaint:

1. Bijan's Response is due on June 10, 2008.

2. Bijan's attorneys have been preparing the Reply brief due in the Illinois Supreme Court case of Landis v. Marc Realty, No. 105568. The Reply has consumed an inordinate amount of time and left the attorneys with insufficient time to complete the Response to the Plaintiff's Complaint.

3. There is no prejudice to the Plaintiff in granting this Motion.

2

**WHEREFORE**, Bijan Corporation requests that the Court grant it an additional seven days, until June 17, 2008, to file its Response to Plaintiff's Complaint.

                                Respectfully submitted,

                                **BIJAN CORPORATION**

                        By:    _/s/ Amy Pikarsky_____
                                   One of its attorney

Bert Zaczek
Amy Pikarsky
415 N. LaSalle St.
Suite 300
Chicago, IL 60610
T: 312-527-1090
F: 312-527-1082
ARDC No.: 6217079
ARDC No.: 6290464