**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Marge Engel, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 CV 1640 |
| Bijan Corporation, | ) ) ) | |
| Defendant. | ) | |

To:   Jeffrey Grant Brown                James X. Bormes
      Converse & Brown LLC               Law Offices of James X. Bormes
      105 West Adams St.                 8 South Michigan Ave.
      Suite 3000                         Suite 2600
      Chicago, IL  60603                 Chicago, IL 60603

**NOTICE OF MOTION**

The undersigned will appear before the Honorable John W. Durrah at 9:00 a.m. on June 26, 2008, in room 1203 at 219 S. Dearborn, Chicago, Illinois, and present the Motion for Extension of Time to Respond to Complaint.

**CERTIFICATE OF SERVICE**

I, Amy Pikarsky, an attorney, state on oath that I caused a copy of the Motion for Extension of Time to Respond to Complaint and Notice of Motion to be served upon the persons identified above via the US District Court electronic filing system before 5:00 p.m. June 10, 2008.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Amy Pikarsky

Bert Zaczek
Amy Pikarsky
415 N. LaSalle St.
Suite 300
Chicago, IL 60610
T: 312-527-1090
F: 312-527-1082
ARDC No.: 6217079
ARDC No.: 6290464