**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Marge Engel, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 CV 1640 |
| Bijan Corporation, | ) ) | |
| Defendant. | ) | |

To:  Jeffrey Grant Brown            James X. Bormes
     Converse & Brown LLC           Law Offices of James X. Bormes
     105 West Adams St.             8 South Michigan Ave.
     Suite 3000                     Suite 2600
     Chicago, IL  60603             Chicago, IL 60603

**NOTICE OF MOTION**

The undersigned will appear before the Honorable John W. Darrah at 9:00 a.m. on June 26, 2008, in room 1203 at 219 S. Dearborn, Chicago, Illinois, and present the Motion to Dismiss.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused to be served upon the persons identified the Defendant's Motion to Dismiss and this Notice of Motion via the Clerk's CM/ECF system on June 17, 2008.

                                        /s/ Bert Zaczek

Bert Zaczek
Amy Pikarsky
415 N. LaSalle St.
Suite 300
Chicago, IL 60610
T: 312-527-1090
F: 312-527-1082
ARDC No.: 6217079
ARDC No.: 6290464