## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1640 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Engel vs. Bijan Corporation | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to certify the class [10] is withdrawn without prejudice with leave to re-file. Defendant's motion for an extension of time to respond to the complaint [13] is granted. Defendant's motion to dismiss [17] is entered and briefed as follows: response by 7/24/08, reply by 8/7/08. Status hearing set for 9/11/08 at 9:00 a.m. The Court will set the time for Rule 26(a)(1) disclosures after the 9/11/08 status hearing.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|