UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARGE ENGEL, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 1640 |
| BIJAN CORPORATION, | ) ) | Judge Darrah |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Bert Zaczek
      Amy Pikarsky
      Law Office of Bert Zaczek
      415 North LaSalle Street
      Suite 300
      Chicago, Illinois 60610

   PLEASE TAKE NOTICE that the undersigned, on July 24, 2008, caused to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above listed Filing Users, Plaintiff's Response to Defendant's Motion to Dismiss.

   I certify that on July 24, 2008, I electronically filed this Notice and the aforementioned document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the above listed Filing Users.

                                        Respectfully Submitted,

                                        /s/ Jeffrey Grant Brown
                                        Jeffrey Grant Brown

Jeffrey Grant Brown                     James X. Bormes
Converse & Brown, LLC                   Law Office of James X. Bormes, P.C.
105 West Adams Street                   8 South Michigan Avenue
Suite 3000                              Suite 2600
Chicago, Illinois 60603                 Chicago, Illinois 60603
(312) 789-9700                          (312) 201-0575
#6194262                                #6202568