**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Marge Engel, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 1640 |
| Bijan Corporation, | ) ) ) | |
| Defendant. | ) | |

To:  Jeffrey Grant Brown          James X. Bormes
     Converse & Brown LLC         Law Offices of James X. Bormes
     105 West Adams St.           8 South Michigan Ave.
     Suite 3000                   Suite 2600
     Chicago, IL  60603           Chicago, IL 60603

**CERTIFICATE OF SERVICE**

    The undersigned caused a copy of the Defendant's Reply in Support of its Motion to Dismiss Complaint to be served upon the persons identified above via the CM/ECF system on August 7, 2008.

                                                          /s/ Bert Zaczek_____

Bert Zaczek
Amy Pikarsky
415 N. LaSalle St.
Suite 300
Chicago, IL 60610
T: 312-527-1090
F: 312-527-1082
ARDC No.: 6217079
ARDC No.: 6290464